1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    1148

Sunny Lynne Knauff
    Plaintiff,

vs.

Tina Hornbeak
    Defendant.

CASE NO. CM0N 308

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

JSW

(PR)

I, Sunny Knauff, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____        - 1 -

28

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _Don Knauff_        (Home care provider)
4  _4651 meadawsons Dr_
5  _Paradise Ca 95969_
6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8    a.  Business, Profession or                Yes ___ No ✓
9        self employment
10   b.  Income from stocks, bonds,             Yes ___ No ✓
11       or royalties?
12   c.  Rent payments?                         Yes ___ No ✓
13   d.  Pensions, annuities, or                Yes ___ No ✓
14       life insurance payments?
15   e.  Federal or State welfare payments,     Yes ___ No ✓
16       Social Security or other govern-
17       ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____N/A_____
21 _____
22 3.  Are you married?                         Yes ___ No ✓
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4.  a.  List amount you contribute to your spouse's support : $ ____N/A____
28     b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

1   and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   ____N/A_____
4   _____
5   5.  Do you own or are you buying a home?    Yes ___ No ✓
6   Estimated Market Value: $_____ Amount of Mortgage: $_____
7   6.  Do you own an automobile?    Yes ✓ No ✓
8   Make _____ Year _____ Model _____
9   Is it financed? Yes ____ No ____ If so, Total due: $ _____
10  Monthly Payment: $ _____
11  7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
12  Name(s) and address(es) of bank: _____
13  _____
14  Present balance(s): $ _____
15  Do you own any cash? Yes ___ No ✓ Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.) Yes ___ No ✓
18  _____
19  8.  What are your monthly expenses? N/A
20  Rent: $ _____    Utilities: _____
21  Food: $ _____    Clothing: _____
22  Charge Accounts:  N/A
23  Name of Account         Monthly Payment         Total Owed on This Acct.
24  _____              $ _____            $ _____
25  _____              $ _____            $ _____
26  _____              $ _____            $ _____
27  9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____           - 3 -

1
2
3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                    Yes ✓  No ___
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  cm021308 Superior ct county of Butte,
8  3d appealate of Calif
9      I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11     I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.
13
14  2-18-08                              [signature]
15    DATE                           SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 4 -

1
2                                                    Case Number: **CM021308**
3
4
5
6
7
8
9                              **CERTIFICATE OF FUNDS**
10                                         **IN**
11                              **PRISONER'S ACCOUNT**
12
13     I certify that attached hereto is a true and correct copy of the prisoner's trust account
14 statement showing transactions of **Sunny Knauff** for the last six months at
15                                    [prisoner name]
16 **VSPW** where (s)he is confined.
17     [name of institution]
18     I further certify that the average deposits each month to this prisoner's account for the most
19 recent 6-month period were $ **0** and the average balance in the prisoner's account
20 each month for the most recent 6-month period was $ **0**.
21
22 Dated: **2-18-08**                      **J. Sandoval**
23                                            [Authorized officer of the institution]
24
25
26
27
28

- 5 -