1

2

3          IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    SUNNY LYNNE KNAUFF,                    )    No. C 08-1148 JSW (PR)
                                           )
7                    Petitioner,            )
                                           )    **ORDER OF TRANSFER**
8         vs.                               )
                                           )
9    TINA HORNBEALE,                        )
                                           )
10                   Respondent.            )
     ─────────────────────────────────     )

11

12          Plaintiff, a prisoner of the State of California, currently incarcerated at Valley

13   State Prison for Women in Chowchilla, California, has filed a petition for a writ of

14   habeas corpus in this Court.  Petitioner is seeking review of her criminal conviction from

15   Butte County, which lies within the venue of the Eastern District of California.  *See* 28

16   USC § 84(b).

17          Venue is proper in a habeas action in either the district of conviction or the district

18   of confinement, *see id* § 2241(d).  Federal courts in California traditionally have chosen

19   to hear petitions challenging a conviction or sentence in the district of conviction.  *See*

20   *Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F.

21   Supp. 265, 266 (N.D. Cal. 1968).

22          Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR

23   2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this

24   matter to the United States District Court for the Eastern District of California.

25   The Clerk of the Court shall transfer this matter forthwith.

26          IT IS SO ORDERED.

27   DATED: March 5, 2008

28                                          ───────────────────────
                                           JEFFREY S. WHITE
                                           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUNNY LYNNE KNAUFF,

                Plaintiff,

   v.

TINA HORNBEAK et al,

                Defendant.

_____/

Case Number: CV08-01148 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sunny L. Knauff
X08475
P.O. Box 96
Chowchilla, CA 93610-0096

Dated: March 5, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk