**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

March 6, 2008

**FILED**
08 MAR 13 PM 1:08
General Court Number
415.522.2000

**RECEIVED**
MAR - 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

**United States District Court-Eastern California**
**501 I Street**
**Sacramento, CA 95814**

RE: CV 08-01148 JSW  SUNNY LYNNE KNAUFF-v-TINA HORNBEAK

Dear Clerk,   1:08cv00342 AWI-TAG HC

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

           Sincerely,
           RICHARD W. WIEKING, Clerk

           by: Hilary D. Jackson
           Case Systems Administrator

Enclosures
Copies to counsel of record

March 6, 2008

---
**These instructions are for internal court use only.**
---

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.